# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA

NO. 2026 KW 0209

VERSUS

BRIQUEL LODGE

**MAY 18, 2026**

---

In Re:     Briquel Lodge, applying for supervisory writs, 23rd
           Judicial District Court, Parish of Ascension, No. 44685.

---

**BEFORE:    McCLENDON, C.J., WOLFE AND GREENE**

**WRIT DENIED.**

PMc
EW
HG

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
       FOR THE COURT